**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT CORTEZ VERSER,<br><br>Defendant. | Case No. 24-cr-144 (JRT/DJF)<br><br><br>**ORDER ON REPORT AND RECOMMENDATION** |

---

Mary Riverso, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 600 U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, for plaintiff.

Matthew J Mankey, **MANKEY LAW OFFICE,** 701 Xenia Ave. South, Suite 505, Golden Valley, MN 55416, for defendant.

United States Magistrate Judge Dulce Foster filed a Report and Recommendation (ECF No. 86) on June 16, 2025. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon Judge Foster's Report and Recommendation, and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant Robert Cortez Verser's Pretrial Motion for Suppression of All Evidence Obtained Pursuant to the Execution of a Search Warrant (ECF No. [27]) is **DENIED**.

2. Defendant Robert Cortez Verser's Pretrial Motion for Suppression of All Evidence Obtained Pursuant to the Execution of a Search Warrant Allowing Law Enforcement To Use a GPS Tracking Device (ECF No. [28]) is **DENIED**.

Dated: August 1, 2025 at
Minneapolis, Minnesota

      s/John R. Tunheim
      JOHN R. TUNHEIM
    United States District Judge