**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERT CORTEZ VERSER, *Indicted Name*,

Defendant.

Criminal No. 24-144 (1) (JRT/DJF)

**AMENDED ORDER GRANTING NAME CHANGE**

---

Upon Report and Recommendation by U.S. Probation Officer Sarah L. Thuringer, St. Paul, Minnesota:

**IT IS HEREBY ORDERED** that the Court record be changed to reflect the Defendant's true name: Robert Cortez Verser Sr.

DATED: August 27, 2026
at Minneapolis, Minnesota.

/s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge